FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 MAR -1  P 12: 35

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ULYSSES BRYANT, JR. | CIVIL ACTION |
| VERSUS | NO. 06-5478 |
| WALTER REED - DISTRICT ATTORNEY, ET AL. | SECTION: "F"(1) |

## ORDER

The Court, having considered the complaint, the record, the applicable law, the Partial Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Partial Report and Recommendation, hereby approves the Partial Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's claim that his plea agreement has been breached is **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that plaintiff's § 1983 claims against the State of Louisiana, the Louisiana Department of Public Safety and Corrections, and Richard Stalder are **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that plaintiff's § 1983 claims against Walter Reed are **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that plaintiff's ADA claims against the Louisiana Department

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____

of Public Safety and Corrections, Richard Stalder in his individual capacity, and Walter Reed are **DISMISSED WITH PREJUDICE.**

**IT IS FURTHER ORDERED** that plaintiff's state law claims against the State of Louisiana, the Louisiana Department of Public Safety and Corrections, and Richard Stalder are **DISMISSED WITHOUT PREJUDICE.**

**IT IS FURTHER ORDERED** that plaintiff's state law claims against Walter Reed are **DISMISSED WITH PREJUDICE.**

New Orleans, Louisiana, this 1st day of MARCH, 2007.

_____
UNITED STATES DISTRICT JUDGE