UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ULYSSES BRYANT, JR.                                              CIVIL ACTION

VERSUS                                                                      NO. 06-5478

WALTER REED - DISTRICT                                       SECTION: "F"(1)
ATTORNEY, ET AL.

### ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's Americans with Disabilities claims for damages against the State of Louisiana and for prospective relief against Richard Stalder in his official capacity are **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

New Orleans, Louisiana, this 25th day of April, 2007.

UNITED STATES DISTRICT JUDGE